ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 12:08 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00088-CV**

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 12:08:42 PM
CHRISTOPHER A. PRINE
Clerk

## In re ASTRAZENECA PHARMACEUTICALS LP, Relator.

Original Proceeding from the 71st District Court
Harrison County, Texas, Trial Court Cause No. 22-0426,
Honorable Brad Morin, Presiding

## RELATOR'S UNOPPOSED MOTION TO WITHDRAW LEAD COUNSEL

SCOTT DOUGLASS & MCCONNICO LLP
　　Stephen E. McConnico
　　State Bar No. 13450300
　　smcconico@scottdoug.com
　　Kennon L. Wooten
　　State Bar No. 24046624
　　kwooten@scottdoug.com
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
(512) 495-6399 (Fax)

GILLAM & SMITH LLP
　　Melissa R. Smith
　　State Bar No. 24001351
　　melissa@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 (Fax)

MORGAN, LEWIS & BOCKIUS LLP
　　Heidi Rasmussen
　　State Bar No. 24090345
　　heidi.rasmussen@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000
(713) 890-5001 (Fax)

LEHOTSKY KELLER COHN LLP
　　Scott A. Keller
　　State Bar No. 24062822
　　scott@lkcfirm.com
　　Andrew B. Davis
　　State Bar No. 24082898
　　Joshua P. Morrow
　　State Bar No. 24106345
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
(512) 727-4755 (Fax)

*Counsel for AstraZeneca Pharmaceuticals LP*

Relator AstraZeneca Pharmaceuticals LP, ("AstraZeneca") hereby moves to withdraw William R. Peterson as lead counsel, and would show the Court the following:

1.      AstraZeneca is the relator in this original proceeding. The respondent is the Honorable Brad Morin, Judge of the 71st District Court, Harrison County, Texas. The real parties in interest are SCEF, LLC; Lynne Levin-Guzman; and the State of Texas.

2.      The current lead counsel for relator AstraZeneca in this original proceeding is William R. Peterson.

3.      The Court has authority to allow an attorney to withdraw as lead counsel in an original proceeding. Tex. R. App. P. 6.5.

4.      Mr. Peterson is withdrawing because his partnership with Morgan, Lewis & Bockius LLP ended June 30, 2025.

5.      Relator AstraZeneca will continue to be represented by Heidi Rasmussen of Morgan, Lewis Bockius LLP, Stephen E. McConnico and Kennon L. Wooten of Scott Douglass & McConnico LLP, and Melissa R. Smith of Gillam & Smith LLP, who have each entered appearances in this original proceeding.

6.      Relator AstraZeneca substitutes and designates Scott A. Keller of Lehotsky Keller Cohn LLP as new lead counsel. Relator AstraZeneca will also file a separate notice designating Mr. Keller as lead counsel. *See* Tex. R. App. P. 6.1(c).

1

Mr. Keller is licensed to practice law in the State of Texas and is a member in good standing of the State Bar of Texas. Mr. Keller's contact information is as follows:

> Scott A. Keller
> 408 W. 11th Street, 5th Floor
> Austin, TX 78701
> (512) 693-8350 (Tel.)
> (512) 727-4755 (Fax)
> scott@lkcfirm.com
> State Bar No. 24062822

7.    A list of current deadlines and settings in this case is not required to accompany this Motion because AstraZeneca has designated and substituted Mr. Keller as lead counsel for this original proceeding. *See* Tex. R. App. P. 6.5(d).

8.    A copy of this Motion has been delivered to relator AstraZeneca. *See* Tex. R. App. P. 6.5(b), 6.5(d).

9.    This withdrawal is not for the purpose of delay.

10.    Real parties in interest SCEF, LLC, Lynne Levin-Guzman, and the State of Texas are unopposed to this Motion.

11.    Relator AstraZeneca requests that the Court grant this Motion permitting the withdrawal of Mr. Peterson as lead counsel.

Dated:  July 31, 2025

SCOTT DOUGLASS & MCCONNICO LLP
   Stephen E. McConnico
   State Bar No. 13450300
   smcconico@scottdoug.com
   Kennon L. Wooten
   State Bar No. 24046624
   kwooten@scottdoug.com
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
(512) 495-6399 (Fax)

GILLAM & SMITH LLP
   Melissa R. Smith
   State Bar No. 24001351
   melissa@gillamsmithlaw.com
303 S. Washington Ave.
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 (Fax)

MORGAN, LEWIS & BOCKIUS LLP
   Heidi Rasmussen
   State Bar No. 24090345
   heidi.rasmussen@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000
(713) 890-5001 (Fax)

Respectfully submitted,

LEHOTSKY KELLER COHN LLP

*/s/ Scott A. Keller*
   Scott A. Keller
   State Bar No. 24062822
   scott@lkcfirm.com
   Andrew B. Davis
   State Bar No. 24082898
   Joshua P. Morrow
   State Bar No. 24106345
408 W. 11th Street, 5th Floor
Austin, TX 78701
(512) 693-8350
(512) 727-4755 (Fax)

**Counsel for Relator**

## CERTIFICATE OF CONFERENCE

I certify that, on July 30, 2025, counsel for relator AstraZeneca Pharmaceuticals LP conferred by email with counsel for real parties in interest SCEF, LLC, Lynne Levin-Guzman, and the State of Texas, and that counsel for these parties stated that they are unopposed to this Motion.

*/s/ Scott A. Keller*
Scott A. Keller

## CERTIFICATE OF SERVICE

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), and (e), I certify that on July 31, 2025, the foregoing Motion was filed with the Clerk of the Court using the eFileTexas.gov electronic filing system, which will send notification to the email addresses denoted on the Service Contacts List. I also certify that a copy of the foregoing Motion was mailed to Respondent by certified mail, return receipt requested, to 200 West Houston St., Suite 219, Marshall, Texas 75670.

*/s/ Scott A. Keller*
Scott A. Keller

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Morrow on behalf of Joshua Morrow
Bar No. 24106345
josh@lkcfirm.com
Envelope ID: 103818248
Filing Code Description: Motion
Filing Description: Motion to Withdraw Lead Counsel
Status as of 7/31/2025 12:24 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 7/31/2025 12:08:42 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 7/31/2025 12:08:42 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 7/31/2025 12:08:42 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 7/31/2025 12:08:42 PM | SENT |
| William Peterson | 24065901 | willpete@gmail.com | 7/31/2025 12:08:42 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 7/31/2025 12:08:42 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 7/31/2025 12:08:42 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 7/31/2025 12:08:42 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 7/31/2025 12:08:42 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 7/31/2025 12:08:42 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 7/31/2025 12:08:42 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 7/31/2025 12:08:42 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 7/31/2025 12:08:42 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 7/31/2025 12:08:42 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 7/31/2025 12:08:42 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 7/31/2025 12:08:42 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 7/31/2025 12:08:42 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 7/31/2025 12:08:42 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 7/31/2025 12:08:42 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 7/31/2025 12:08:42 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 7/31/2025 12:08:42 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 7/31/2025 12:08:42 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Morrow on behalf of Joshua Morrow
Bar No. 24106345
josh@lkcfirm.com
Envelope ID: 103818248
Filing Code Description: Motion
Filing Description: Motion to Withdraw Lead Counsel
Status as of 7/31/2025 12:24 PM CST

Case Contacts

| W. Mark Lanier | | WML@LanierLawFirm.com | 7/31/2025 12:08:42 PM | SENT |
|---|---|---|---|---|
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 7/31/2025 12:08:42 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 7/31/2025 12:08:42 PM | SENT |
| Cynthia  Lu | | cynthia.lu@oag.texas.gov | 7/31/2025 12:08:42 PM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 7/31/2025 12:08:42 PM | SENT |
| joel leach | | jleach@mckoolsmith.com | 7/31/2025 12:08:42 PM | SENT |
| denise lopez | | dlopez@mckoolsmith.com | 7/31/2025 12:08:42 PM | SENT |
| Angel Devine | | adevine@mckoolsmith.com | 7/31/2025 12:08:42 PM | SENT |
| Radu Lelutiu | | rlelutiu@mckoolsmith.com | 7/31/2025 12:08:42 PM | SENT |
| Ryan  McCarthy | | ryan.mccarthy@morganlewis.com | 7/31/2025 12:08:42 PM | SENT |
| Bradie Williams | | bradie.williams@morganlewis.com | 7/31/2025 12:08:42 PM | SENT |